**Rember SIERRA, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General of the United States, Respondent.**

**No. 10–3728.**

United States Court of Appeals, Eighth Circuit.

Submitted: Aug. 8, 2011.

Filed: Aug. 11, 2011.

Daniel Warren Hoff, Jr., St. Louis, MO, for Petitioner.

Karen Yolanda Drummond, Richard M. Evans, Erica Miles, Jane Tracey Schaffner, U.S. Department of Justice, Washington, DC, for Respondent.

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.

PER CURIAM.

Honduran citizen Rember Sierra petitions for review of an order of the Board of Immigration Appeals that affirmed an immigration judge's denial of asylum, withholding of removal, and relief under the Convention Against Torture. We lack jurisdiction to review the determination that the asylum application was barred as untimely filed. See 8 U.S.C. § 1158(a)(3); *Ngure v. Ashcroft*, 367 F.3d 975, 989 (8th Cir.2004). After careful review, we conclude the denial of withholding of removal and denial of CAT relief are supported by substantial evidence in the record. *See Wijono v. Gonzales*, 439 F.3d 868, 872 (8th Cir.2006) (standard of review). Accordingly, we deny the petition.